TRANSMITTAL SHEET FOR WITHDRAWAL OF REFERENCE TO THE
U.S. DISTRICT COURT FOR THE DISTRICT OF DELAWARE

Adversary Case #:04-56033 OIIC v. D&Y Well Drilling Co.
Related Bankruptcy Case #: 02-13396 Oakwood Homes Corporation
District Court Civil Action#:

| | |
|---|---|
| **Deputy Clerk Transferring Case:** | Mary Ellen Behornar |
| **Case Type:** | Adversary |
| **Nature of Suit:** | 454 |
| **Cause of Transmittal:** | **Motion for Withdrawal of Reference dated 2/3/2005, Withdrawing the Reference to the U.S. District Court)** |
| **Parties:** | OIIC Liquidation Trust v. D&Y Well Drilling Co. |
| **Plaintiff's Counsel:** | Donna L. Culver |
| | Morris Nichols Arsht & Tunnell |
| | 1201 North Market Street |
| | P.O.Box 1347 |
| | Wilmington, DE 19899 |
| | Email: dculver@mnat.com |
| | |
| | Christopher J. Battaglia |
| | Halperin Battaglia Raiche LLP |
| | 555 Madison Avenue |
| | 9th Floor |
| | New York, NY 10022 |
| **Defendant's Counsel:** | Catherine Z. Kilian |
| | Ian Connor Bifferato |
| | Joseph K. Koury |
| | Bifferato, Bifferato & Gentilotti |
| | 1308 Delaware Avenue |
| | P.O.Box 2165 |
| | Wilmington, DE 19899 |

revised: 10/20/03
T:\4\TRANSMITTAL SHEET FOR WITHDRAWAL OF REFERENCE TO THEU.wpd