IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| OAKWOOD HOMES CORPORATION, et al., | ) | Case No. 02-13396 (PJW) |
| | ) | |
| Debtors. | ) | |
| | ) | |
| OHC LIQUIDATION TRUST, by and through Alvarez & Marsal, LLC, the OHC Liquidation Trustee, | ) ) ) ) | |
| Plaintiff, | ) ) | Adversary Proceeding No. 04-56033 (PBL) |
| vs. | ) ) | |
| D&Y Well Drilling Co., | ) ) | |
| Defendant. | ) ) | |

### MOTION FOR APPROVAL OF STIPULATION AND AGREED ORDER TO STAY MOTION OF D&Y WELL DRILLING CO. FOR WITHDRAWAL OF THE REFERENCE TO THE BANKRUPTCY COURT

Plaintiff OHC Liquidation Trust, by and through Alvarez & Marsal, LLC, the OHC Liquidation Trustee (the "Plaintiff"), hereby moves (the "Motion") this Honorable Court for entry of an order substantially in the form attached hereto as <u>Exhibit A</u> (the "Proposed Order") approving the Stipulation and Agreed Order to Stay Motion of D&Y Well Drilling Co. for Withdrawal of the Reference to the Bankruptcy Court (the "Stipulation") entered into by and among the Plaintiff and D&Y Well Drilling Co. (the "Defendant") and attached to the Proposed Order as Exhibit 1.

In support of the Stipulation, the Plaintiff incorporates herein by reference the statements contained in the Stipulation.

34

WHEREFORE, the Plaintiff respectfully requests that this Honorable Court approve the Stipulation, grant this Motion and enter the Proposed Order.

Dated: February 11, 2005
Wilmington, Delaware

MORRIS NICHOLS ARSHT & TUNNELL

*/s/ Donna L. Culver*
Donna L. Culver (No. 2983)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347
(302) 658-9200

-and-

KING & SPALDING LLP
George B. South
Scott E. Eckas
Kimberly M. Schmid
1185 Avenue of the Americas
New York, New York 10036
(212) 556-2100

Attorneys for The OHC Liquidation Trust, by and through Alvarez & Marsal, LLC, the OHC Liquidation Trustee

442182

# EXHIBIT A

## PROPOSED ORDER

att. 1 to
Docket 34

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| OAKWOOD HOMES CORPORATION, et al., | ) | Case No. 02-13396 (PJW) |
| | ) | |
| Debtors. | ) | |
| | ) | |
| OHC LIQUIDATION TRUST, by and through Alvarez & Marsal, LLC, the OHC Liquidation Trustee, | ) ) ) ) | |
| Plaintiff, | ) ) | Adversary Proceeding No. 04-56033 (PBL) |
| vs. | ) ) | |
| D&Y Well Drilling Co., | ) ) | |
| Defendant. | ) ) | |

## ORDER APPROVING STIPULATION AND AGREED ORDER TO STAY MOTION OF D&Y WELL DRILLING CO. FOR WITHDRAWAL OF THE REFERENCE TO THE BANKRUPTCY COURT

Upon the Motion for Approval of Stipulation and Agreed Order to Stay Motion of D&Y Well Drilling Co. for Withdrawal of the Reference to the Bankruptcy Court (the "Motion") of Plaintiff OHC Liquidation Trust, by and through Alvarez & Marsal, LLC, the OHC Liquidation Trustee (the "Plaintiff"); upon the Stipulation and Agreed Order to Stay Motion of D&Y Well Drilling Co. for Withdrawal of the Reference to the Bankruptcy Court (the "Stipulation") entered into by and among the Plaintiff and D&Y Well Drilling Co. (the "Defendant") and attached hereto as Exhibit 1; and upon consideration of the Motion and the record herein; and it appearing that there is good and sufficient cause to grant the relief requested

in the Motion; and good and sufficient notice of the Motion having been given, and after due deliberation thereon;

   IT IS HEREBY ORDERED THAT:

   1. The Motion is granted.

   2. The Stipulation is hereby approved.

   3. The Plaintiff, Defendant and the Clerk of the Court are hereby authorized to take all steps necessary to implement the terms of the Stipulation.

Dated: _____, 2005
   Wilmington, Delaware

                _____
                THE HONORABLE PAUL B. LINDSEY
                UNITED STATES BANKRUPTCY JUDGE

442182

# EXHIBIT 1

## STIPULATION

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: ) | | Chapter 11 |
| OAKWOOD HOMES CORPORATION, *et al.*, ) | | Case No. 02-13396 |
| Debtors. ) | | Substantively Consolidated |
| ) | | |
| ) | | |
| OHC LIQUIDATION TRUST, by and through ) | | |
| ALVAREZ & MARSAL, LLC, THE OHC ) | | Adv. Pro. No. 04-56033 |
| LIQUIDATION TRUSTEE, ) | | |
| Plaintiff, ) | | |
| v. ) | | |
| D&Y WELL DRILLING CO., ) | | |
| Defendant. ) | | |

**STIPULATION AND AGREED ORDER TO STAY MOTION
OF D&Y WELL DRILLING CO. FOR WITHDRAWAL OF THE
REFERENCE TO THE BANKRUPTCY COURT**

WHEREAS, on February 1, 2005, pursuant to 28 U.S.C. § 157(d) and Bankruptcy Rule 5011, the Defendant, D&Y Well Drilling Co. ("D&Y"), by and through its undersigned counsel, filed with this Court a Motion for Withdrawal of Reference to the United States Bankruptcy Court for the District of Delaware (the "Motion to Withdraw the Reference").

WHEREAS, D&Y and the Plaintiff, OHC Liquidation Trust, by and through Alvarez & Marsal, LLC, the OHC Liquidation Trustee, ("Trust"), agree to Stay the Motion during discovery.

IT IS HEREBY STIPULATED AND AGREED by, among and between the Trust and D&Y by and through their undersigned counsel as follows:

1.  The Motion to Withdraw the Reference, and briefing on the same is hereby stayed until the date which is three weeks after the completion of discovery.

2. Upon the completion of discovery in this proceeding, counsel for the Trustee and D&Y shall confer to determine whether an extension of the stay pending the conclusion of mediation is appropriate.

3. In the event that D&Y desires to pursue the Motion to Withdraw the Reference, it must provide Plaintiff with at least 15 days written notice and the stay will be deemed lifted 15 days from the date the Notice is received by the Trust's counsel, and the Trust's time to respond to the Motion to Withdraw the Reference will begin to run from the 15th day after the Notice is received by counsel for the Trust.

4. Neither the continued pendency of the adversary proceeding in the United States Bankruptcy Court, nor the entry into this stipulation and order shall be considered by the Court, or argued by the parties, in respect to the merits of the Motion for Withdrawal of the Reference.

5. Each of the undersigned counsel represents that he has authorization to execute this Order on behalf of his respective client.

| MORRIS NICHOLS ARSHT & TUNNELL | BIFFERATO, GENTILOTTI & BIDEN |
|---|---|
| By: _____<br>Donna L. Culver (I.D. 2983)<br>P. O. Box 1347<br>Wilmington, DE 19899-1347<br>Phone: (302) 575-5208 | By: _____<br>Ian Connor Bifferato (I.D. 3273)<br>Catherine Zwolak Kilian (I.D. 4565)<br>1308 Delaware Avenue<br>P.O. Box 2165<br>Wilmington, DE 19899-2165<br>Phone: (302) 429-1900 |
| - and - | - and - |
| KING & SPALDING LLP<br>George B. South<br>Kimberly M. Schmid<br>1185 Avenue of the Americas<br>New York, NY 10036<br>Phone: (212) 556-2100 | TUGGLE DUGGINS & MESCHAN<br>Sarah Sparrow<br>N.C. State Bar No. 13112<br>228 W. Market Street<br>Greensboro, NC 27402<br>Phone: (336) 378-1431 |
| *Attorneys for OHC Liquidation Trust* | *Attorneys for D&Y Well Drilling Co.* |

## CERTIFICATE OF SERVICE

I, Donna L. Culver, Esquire, do hereby certify that a copy of the foregoing **MOTION FOR APPROVAL OF STIPULATION AND AGREED ORDER TO STAY MOTION OF D&Y WELL DRILLING CO. FOR WITHDRAWAL OF THE REFERENCE TO THE BANKRUPTCY COURT** was served this 11th day of February, 2005 upon the parties identified below in the manner indicated:

Ian Connor Bifferato, Esq.
Catherine Zwolak Kilian, Esq.
Bifferato, Gentilotti & Biden
1308 Delaware Avenue
Wilmington, DE 19801
*Via Hand Delivery*

Sarah Sparrow, Esq.
Tuggle Duggins & Meschan
228 W. Market Street
Greensboro, NC 27402
*Via First Class U.S. Mail*

_____
Donna L. Culver (No. 2983)

450850

*add a to docket 34*