IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: :<br>: Chapter 11<br>OAKWOOD HOMES CORP., et al., :<br>: Bankruptcy No. 02-13396 (PJW)<br>Debtors. :<br>_____ : _____<br>:<br>OHC LIQUIDATION TRUST, by and :<br>through Alvarez & Marshal, LLC, :<br>The OHC Liquidation Trustee, :<br>:<br>Appellant, :<br>:<br>v. : Civil Action No. 05-408-JJF<br>:<br>D&Y DRILLING CO., :<br>:<br>Appellee. : | |

### ORDER

WHEREAS, prior to above-captioned case being filed in the District Court it was the subject of a Motion for Approval of Stipulation and Agreed Order to Stay Motion For Withdrawal of Reference;

WHEREAS, it appears that no action was taken on the motion to stay in the Bankruptcy Court;

WHEREAS, the action is now pending in the District Court as a Motion For Withdrawal of Reference;

IT IS HEREBY ORDERED that the parties advise the Court by letter, no later than **July 15, 2005,** whether the Motion For A Stay of the Withdrawal of Reference is active or moot.

June 30, 2005                                   /s/ Joseph J. Farnan Jr.
DATE                                          UNITED STATES DISTRICT JUDGE