**Bifferato Gentilotti Biden**

Vincent A. Bifferato, Jr.
Ian Connor Bifferato
Jeffrey M. Gentilotti
Joseph R. Biden, III
David A. Denham
Veronica O. Faust
Catherine Zwolak Kilian
Joseph K. Koury
George T. Lees III
Garvan F. McDaniel

July 11, 2005

Alternative Dispute Resolution
—
Vincent A. Bifferato
William Swain Lee
Carl Schnee
—

Writer's Email Address:
jkk@bgbde.com
Reply to: Wilmington

**BY E-FILE & HAND**
The Honorable Joseph J. Farnan, Jr.
United States District Court for the
  District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

> Re:    *OHC Liquidation Trust v. Bailey Construction, Inc. (In re Oakwood Homes*
> *Corporation,* et al.)
> **Civil Action No. 05-409**
> **Related Bankr. Case No. 02-13396 (PJW), Adv. Case No. 04-75224 (PBL)**
>
> *OHC Liquidation Trust v. D&Y Drilling Co. (In re Oakwood Homes*
> *Corporation,* et al.)
> **Civil Action No. 05-408**
> **Related Bankr. Case No. 02-13396 (PJW), Adv. Case No. 04-56033 (PBL)**

Dear Judge Farnan:

This firm, along with the law firm of Tuggle Duggins & Meschan, P.A., is counsel to the defendants in the above-referenced proceedings. I write with respect to the Court's June 30, 2005 Order requesting a status report by July 15, 2005 with respect to a *Motion for Withdrawal of the Reference to the Bankruptcy Court* that was filed in each of these cases within the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). After the filing of the motions, but prior to their transmittal to this Court, the parties filed a *Motion for Approval of Stipulation and Agreed Order to Stay Motion for Withdrawal of Reference* in the Bankruptcy Court in each of these cases; those motions were not acted upon prior to the transmittal. However, the parties have settled the underlying matters since the filing of the stay motions and the transmittal to this Court of the motions to withdraw the reference; copies of the stipulations of dismissal (as filed with the Bankruptcy Court) are attached hereto for the Court's convenience. Accordingly, the motions to withdraw the reference are moot, and the Court can close these matters. We are available at the Court's convenience to discuss this matter should it have any questions or

Bifferato, Gentilotti & Biden, P.A.
www.bgbde.com
—
1308 Delaware Avenue
Wilmington, DE 19806
P.O. Box 2165
Wilmington, DE 19899 - 2165
Phone: 302 - 429 - 1900
Fax: 302 - 429 - 8600

200 Biddle Avenue
Suite 203
Newark, DE 19702
Phone: 302 - 429 - 1900
Fax: 302 - 832 - 7540

701 Rehoboth Avenue
Rehoboth Beach, DE 19971
Phone: 302 - 227 - 6600
Toll Free: 866 - 618 - 2433
Fax: 302 - 227 - 6776

**Bifferato, Gentilotti & Biden, P.A.**

The Honorable Joseph J. Farnan, Jr.
July 11, 2005
Page Two

concerns.

Respectfully,

Joseph K. Koury (#4272)

Enclosures

cc:    Donna L. Culver, Esq. (by hand)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| OAKWOOD HOMES CORPORATION, *et al.*, | ) | Case No. 02-13396(PJW) |
| | ) | |
| Debtors. | ) | Substantively Consolidated |
| | ) | |
| | ) | |
| OHC LIQUIDATION TRUST, by and through | ) | |
| Alvarez & Marsal, LLC, the OHC Liquidation | ) | Adversary Proceeding |
| Trustee, | ) | No. 04-75224 (PBL) |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| BAILEY CONSTRUCTION, INC., | ) | |
| Defendant. | ) | |

## STIPULATION DISMISSING ADVERSARY COMPLAINT

IT IS HEREBY STIPULATED pursuant Fed. Bankr. R. 7041(a)(1) that this action be

dismissed with prejudice, each party to bear its own costs.

Morris Nichols Arsht & Tunnell

_____
Donna L. Culver (Bar # 2983)
1201 North Market Street
P O Box 1347
Wilmington, DE  19899
(302) 658-9200

Dated: 7/8/05

Attorneys for Plaintiff

Bifferato, Gentilotti & Biden

_____
Ian Connor Bifferato (Bar # 3273)
1308 Delaware Ave.
Wilmington, DE  19806
(302) 429-1900

Dated: 7-1-05

Attorneys for Defendant

**Joseph K. Koury**

| | |
|---|---|
| **From:** | DEBdb_ECF_Reply@deb uscourts gov |
| **Sent:** | Friday, July 08, 2005 4:30 PM |
| **To:** | dummail@deb uscourts gov |
| **Subject:** | CH- 04-75224-PBL "Stipulation of Dismissal" OHC Liquidation Tr |

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

## U.S. Bankruptcy Court

## District of Delaware

Notice of Electronic Filing

The following transaction was received from Culver, Donna L. entered on 7/8/2005 at 4:30 PM EDT and filed on 7/8/2005
**Case Name:**      OHC Liquidation Trust, by and through Alvarez & Ma v. Bailey Construction Inc.
**Case Number:**    04-75224-PBL
**Document Number:** 59

**Docket Text:**
Stipulation of Dismissal *Stipulation Dismissing Adversary Complaint* Filed by OHC Liquidation Trust, by and through Alvarez & Marsal, LLC, the OHC Liquidation Trustee (Culver, Donna)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**X:\e-filings\52523 - OHC Preference\Filings\070805 Bailey Construction Stip of Dismissal pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=7/8/2005] [FileNumber=3967998-0]
[99d923711ec05d7045187b2f69dd93677cad7c7d4abcb103192a8508faae60439406b
979eca5aa2e5543469a091a21a345d196fc200a4103cef06d2207e02ea9]]

**04-75224-PBL Notice will be electronically mailed to:**

Ian Connor Bifferato    bankruptcy@bbglaw.com

Donna L. Culver    dculver@mnat.com,

Catherine Z. Kilian    czk@bgbde.com,

Joseph K. Koury    bankruptcy@bbglaw.com,

**04-75224-PBL Notice will not be electronically mailed to:**

7/8/2005

Christopher J. Battaglia
Halperin Battaglia Raiche LLP
555 Madison Avenue
9th Floor
New York, NY 10022

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| OAKWOOD HOMES CORPORATION, *et al.*, | ) | Case No. 02-13396(PJW) |
| | ) | |
| Debtors. | ) | Substantively Consolidated |
| —————————————————————— | ) | |
| | ) | |
| OHC LIQUIDATION TRUST, by and through | ) | |
| Alvarez & Marsal, LLC, the OHC Liquidation | ) | Adversary Proceeding |
| Trustee, | ) | No. 04-56033 |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| D & Y WELL DRILLING CO., | ) | |
| Defendant. | ) | |

## STIPULATION DISMISSING ADVERSARY COMPLAINT

IT IS HEREBY STIPULATED pursuant Fed. Bankr. R. 7041(a)(1) that this action be

dismissed with prejudice, each party to bear its own costs.

Morris Nichols Arsht & Tunnell

_Donna L. Culver_
Donna L. Culver (Bar #/2983)
1201 North Market Street
P. O. Box 1347
Wilmington, DE 19899
(302) 658-9200

Dated:    7 | 8 | 05

Attorneys for Plaintiff

Bifferato, Gentilotti & Biden

_Ian Connor Bifferato_
Ian Connor Bifferato (Bar # 3273)
1308 Delaware Ave.
Wilmington, DE 19806
(302) 429-1900

Dated:    7-1-05

Attorneys for Defendant

## Joseph K. Koury

| | |
|---|---|
| **From:** | DEBdb_ECF_Reply@deb uscourts gov |
| **Sent:** | Friday, July 08, 2005 4:32 PM |
| **To:** | dummail@deb uscourts gov |
| **Subject:** | CH- 04-56033-PBL "Stipulation of Dismissal" OHC Liquidation Tr |

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

### U.S. Bankruptcy Court

### District of Delaware

Notice of Electronic Filing

The following transaction was received from Culver, Donna L. entered on 7/8/2005 at 4:31 PM EDT and filed on 7/8/2005

**Case Name:**        OHC Liquidation Trust, by and through Alvarez & Ma v. D&Y Well Drilling Co.
**Case Number:**      04-56033-PBL
**Document Number:** 61

**Docket Text:**
Stipulation of Dismissal *Stipulation Dismissing Adversary Complaint* Filed by OHC Liquidation Trust, by and through Alvarez & Marsal, LLC, the OHC Liquidation Trustee (Culver, Donna)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** X:\e-filings\52523 - OHC Preference\Filings\070805 D&Y Welling Stip of Dismissal.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=7/8/2005] [FileNumber=3968010-0]
[8e7f1d8c5b7c7a01f6b5427e69afa19738ea62e312e24c3922f2ca947cecb7e67d4b0
34798234c8cc63165aef24fbd01fd3b8ca3362858a84a23cb8d167a6b8a]]

## 04-56033-PBL Notice will be electronically mailed to:

Ian Connor Bifferato    bankruptcy@bbglaw.com

Donna L. Culver    dculver@mnat.com,

Donna L. Culver    dculver@mnat.com,

Catherine Z. Kilian    czk@bgbde.com,

Joseph K. Koury    bankruptcy@bbglaw.com,

7/8/2005

**04-56033-PBL Notice will not be electronically mailed to:**

Christopher J. Battaglia
Halperin Battaglia Raiche LLP
555 Madison Avenue
9th Floor
New York, NY 10022